UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 17-58-DLB**

**DAVID NELSON CREECH**                                                                 **PLAINTIFF**

vs.                                             **JUDGMENT**

**NANCY A. BERRYHILL, Acting
Commissioner of Social Security**                                         **DEFENDANT**

\* \*   \* \*   \* \*   \* \*   \* \*   \* \*   \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1)    The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)    Plaintiff David Nelson Creech's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3)    This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 13th day of December, 2017.



Signed By:
*David L. Bunning*    DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\16-349 Creech Judgment.docx